UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 2:12-md-02311-MOB-MKM<br>Honorable Marianne O. Battani |
| IN RE Automotive Wire Harness Systems<br>IN RE Instrument Panel Clusters<br>IN RE Fuel Senders | Case No. 2:13-cv-00105-MOB-MKM<br>Case No. 2:13-cv-00205-MOB-MKM<br>Case No. 2:13-cv-00305-MOB-MKM |
| **THIS RELATES TO:**<br>State Attorneys General | |
| **STATE OF CALIFORNIA,**<br>ex rel. Kamala D. Harris,<br>Attorney General of the State of California<br><br>      **Plaintiffs,**<br>  v.<br><br>**Yazaki Corporation and**<br>**Yazaki North America, Inc.**<br><br>      **Defendants.** | Case No. 2:16-cv-14073<br><br>Notice of Voluntary Dismissal |

Under Federal Rule of Civil Procedure 41(a), the State of California and its state agencies dismiss Yazaki Corporation and Yazaki North America, Inc. (Defendants) from this action.

Defendants have not filed an answer or motion for summary judgment with respect to the State of California's Complaint.  The action has settled against Defendants under the terms of the attached settlement agreement.  Dismissal of this action against Defendants is with prejudice and the parties shall bear their own attorneys' fees and costs.

Dated: November 17, 2016

KAMALA D. HARRIS
Attorney General of California

/s/ Michael Jorgenson
KATHLEEN E. FOOTE
Senior Assistant Attorney General
MICHAEL JORGENSON
Cal. State Bar No. 201145
ANIK BANERJEE
WINSTON CHEN
Deputy Attorneys General
*Attorneys for Plaintiffs*
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102
  Telephone:  (415) 703-5629
  Michael.Jorgenson@doj.ca.gov
*Attorneys for Plaintiffs*